IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARTHA HORNBY,

    Plaintiff,

v.

ENDLESS MOUNTAIN
BEHAVIORAL HEALTH CENTER,
INC.,

    Defendant.

No. 4:25-CV-00465

(Chief Judge Brann)

## ORDER

### SEPTEMBER 23, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss, Doc. 9, is **GRANTED** in part as to Plaintiff's retaliation claims in Counts II and III.

2. Defendant's motion to dismiss, Doc. 9, is **DENIED** in part as to Plaintiff's sex discrimination claims in Counts I and III.

3. Plaintiff may file an amended complaint in accordance with Fed. R. Civ. P. 15(a)(1)(B) within fourteen (14) days of this Order.

BY THE COURT:

s/ *Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge